UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY RAY KEEL, <br> Plaintiff, <br> v. <br> F. FOULK, et al., <br> Defendants. | No. 2:16-cv-1946-EFB P <br><br> ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests a third extension of time to file his third amended complaint pursuant to the court's February 6, 2020 order.

Plaintiff's request (ECF No. 35) is granted and plaintiff has 60 days from the date this order is served to file his third amended complaint.

So ordered.

Dated: June 18, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE