UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY RAY KEEL,<br><br>    Plaintiff,<br><br>    v.<br><br>F. FOULK, et al.,<br><br>    Defendants. | No. 2:16-cv-01946-TLN-JDP<br><br>**ORDER** |

    Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On September 22, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 22, 2020, are adopted in full;

2. All of the claims in Plaintiff's third amended complaint are dismissed without prejudice except for the retaliation claims against Fleming and Pine; and

3. The matter is referred back to the magistrate judge for service on Fleming and Pine.

DATED: January 14, 2021

                                                       Troy L. Nunley
                                                       United States District Judge