1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICKY RAY KEEL,                         Case No. 2:16-cv-01946-TLN-JDP (PC)

12                    Plaintiff,             ORDER GRANTING PLAINTIFF'S MOTION
                                             FOR AN EXTENSION OF TIME
13          v.
                                             ECF No. 55.
14   PINE, et al.,

15                    Defendants.

16

17          Plaintiff has filed a motion for extension of time to file an opposition to defendants'

18   motion to dismiss.  Good cause appearing, it is hereby ORDERED that:

19          1. Plaintiff's motion for an extension of time, ECF No. 55, is granted; and

20          2. Plaintiff shall file and serve his opposition on or before June 28, 2021.

21
22   IT IS SO ORDERED.

23
     Dated:    May 11, 2021                    _____
24                                             JEREMY D. PETERSON
25                                             UNITED STATES MAGISTRATE JUDGE

26
27
28